# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART,                                                                      PLAINTIFF
ADC #151956

v.                                   No. 5:13CV00350 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, *et al.*                                                   DEFENDANTS

## **ORDER**

Phillip Dewayne Stewart has filed a motion for subpoena in this matter. The motion is denied as moot because this case was transferred to the Western District of Arkansas on November 22, 2013. Document #5.

IT IS SO ORDERED this 31st day of December, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE